UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 21-1240

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Magistrate Case No. 9279094 (Class A) |
| v. | ] | |
| ERIK D. HOWARD | ] | Offense on a Federal Reservation |

BEFORE the **Honorable Matthew J. Skahill**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Capt Megan C. Thomas**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **5th day of October 2021**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**ERIK D. HOWARD** did commit:

Possession of a Firearm in violation of 18 USC 930.

The name of the Complainant is **Capt Megan C. Thomas.**

MEGAN C. THOMAS, Capt, USAF
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 2ND DAY OF DECEMBER 2021.**

Pending via Zoom MB

**HONORABLE MATTHEW J. SKAHILL**
**United States Magistrate Judge**

By telephone via Rule 4.1
1/4/22

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 5th, 20 21 while exercising my duties as a law enforcement officer in the JBMDL District of NJ

The defendant entered checkpoint #9 to obtain a visitors pass. As a matter of protocol, the defendant was asked if he had any firearms or weapons in his vehicle. The defendant proceeded to Lane 3 of the commercial vehicle inspection gate. The defendant was instructed to open up all compartments of the vehicle and proceed to the waiting area to which he complied. During the course of inspection a weapon was found inside of the vehicle. The weapon was subsequently seized and secured. The defendant was apprehended.

The foregoing statement is based upon:

X my personal observation X my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/05/2021 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/02/2021 12:48